```
FILED
May 28, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                               )<br>            Plaintiff,                            )<br>v.                                                         )<br>                                                               )<br>SIDNEY KIRYAKOS,                        )<br>                                                               )<br>            Defendant.                        )<br>_____) | Case No. 2:10-MJ-00154-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SIDNEY KIRYAKOS</u>, Case No. <u>2:10-MJ-00154-KJN</u>, Charge <u>21 USC § 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __     Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $ <u>200,000 secured by equity in uncle's property</u>

    __     Unsecured Appearance Bond

    __     Appearance Bond with 10% Deposit

    __     Appearance Bond with Surety

    __     Corporate Surety Bail Bond

    _X_    (Other)     <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 28, 2010</u> at <u>2:30</u> pm.

By _____
Kendall J. Newman
United States Magistrate Judge