```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY S. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SIDNEY KIRYAKOS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. MAG-10-154-KJN DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) AMENDED STIPULATION TO EXTEND<br>) TIME TO SECURE PROPERTY BOND;<br>) ORDER |
| SIDNEY KIRYAKOS, | ) |
| Defendant. | ) |
| _____ | ) Judge: Hon. Dale A. Drozd |

SIDNEY KIRYAKOS, by and through his counsel, Jeffrey Staniels, and the United States of America, by and through its counsel, William S. Wong, hereby agree and stipulate to extend the time to June 18, 2010 for Mr. Kiryakos to file his secured property bond.

On May 28, 2010, Magistrate Judge Kendall Newman ordered the defendant's release on a $200,000 bond secured by equity in his uncle's property, with pretrial services supervision and conditions.  The defendant was given one week to June 4, 2010 to prepare the secured property bond in the amount of $200,000 secured by property owned by his uncle, Emmanuel Kiryakos.

The Monday after the initial court appearance on May 28, 2010 was a court holiday. On June 1, 2010 (following the holiday) the uncle,

1  Emmanuel Kiryakos, began working with the Office of the Federal
2  Defender on the property bond.
3      Preparing the property bond in a span of four days has proven
4  difficult in that the property is located in Stanislaus County,
5  requiring both interior and exterior examination due to the size and
6  value of the property.  According to the appraiser, Don Willets, such
7  an appraisal is complex and he feels that more detailed information
8  about a custom-built home is necessary to do an adequate appraisal to
9  secure the required equity needed.  Additionally, the appraiser is
10 unable to appraise the property until Wednesday, June 9, 2010 with the
11 written appraisal to follow shortly thereafter.
12     Therefore, it is expected that it may possibly take an additional
13 two weeks to complete the entire bond process.
14     It is hereby requested that time to secure property bond be
15 extended two weeks to June 18, 2010, and that the defendant be allowed
16 to remain under supervision with his release secured by the equity in
17 the property bond to be posted by his uncle, Emmanuel Kiryakos.

Dated:  June 4, 2010                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Michael Petrik for
                                    _____
                                    JEFFREY STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SIDNEY KIRYAKOS


Dated:  June 4, 2010                BENJAMIN B. WAGNER
                                    U.S. Attorney


                                    /s/  Michael Petrik for
                                    _____
                                    WILLIAM WONG
                                    Assistant U.S. Attorney

**ORDER**

For the reasons stated above, the deadline for the defendant to submit all of the paperwork securing the property bond in the amount of $200,000 shall be extended to June 18, 2010. All other previously set conditions of release remain in full force and effect.

**IT IS SO ORDERED.**

Dated: June 7, 2010.

_____
U.S. MAGISTRATE JUDGE